# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| WALEED SHABAZZ,<br><br>　　　　Petitioner,<br><br>v.<br><br>DANNIE THOMPSON, Warden,<br><br>　　　　Respondent. | Civil Action 7:09-CV-120 (HL) |

## ORDER

The Recommendation (Doc. 9) of United States Magistrate Judge Thomas Q. Langstaff, entered June 20, 2011, is before the Court. The Magistrate Judge recommends that Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 be denied, and that a certificate of appealability be denied. Petitioner has not filed a written objection to the Recommendation.

The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts the Recommendation (Doc. 9). The Petition for Writ of Habeas Corpus (Doc. 1) is denied and a certificate of appealability is denied.

**SO ORDERED**, this the 25th day of July, 2011.

　　　　　　　　　　　　　　　　/s/ Hugh Lawson
　　　　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**

mbh